UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

Douglas G. Smith

                        Defendant.

Case No.: 94 MJ 01226 (MRG)

**ORDER OF DISMISSAL**

---

      Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 20 20
Poughkeepsie, New York